☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Enchanted Little Forest Childcare Center, LLC |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years** | |
| Include any assumed names, trade names, and *doing business as names* | |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 7 – 0 7 0 8 8 1 5 |

**4. Debtor's address**

**Principal place of business**

419 Avenue D
Number      Street

Everett, WA 98290
City                          State      ZIP Code

Snohomish
County

**Mailing address, if different from principal place of business**

Number      Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

7207 Evergreen Way, STE Y
Number      Street

Everett, WA 98203
City                          State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | https://www.elfchildcare.com/ |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 23-12435-TWD    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:47:44    Pg. 1 of 61

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    6   2   4   4

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                   MM / DD / YYYY

       District _____ When _____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                        MM / DD / YYYY

       Case number, if known _____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br> Number      Street<br><br>_____<br> City                          State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency  _____<br>        Contact name  _____<br>        Phone  _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/15/2023
              MM/  DD/  YYYY

X  /s/ Kay Doramus,                                           Kay Doramus,
Signature of authorized representative of debtor              Printed name

Title _____ Managing Member _____

**18. Signature of attorney**

X _____ /s/ Steven Palmer _____    Date  12/15/2023
Signature of attorney for debtor                                   MM/  DD/  YYYY

Steven Palmer
Printed name

Palmer & Associates, PLLC
Firm name

6912 220th St. SW Suite 113
Number        Street

Mountlake Terrace                              WA            98043
City                                           State         ZIP Code

_____                               spalmer@sound-law.com
Contact phone                                  Email address

48823                                          WA
Bar number                                     State

Fill in this information to identify the case:

Debtor Name  **Enchanted Little Forest Childcare Center, LLC**

United States Bankruptcy Court for the:  **Western**  District of  **Washington**
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Chase Bank | Checking account | 5 0 9 8 | $42,888.28 |
| 3.2. | Key Bank | Checking account | 5 9 1 1 | $0.00 |
| 3.3. | Key Bank | Savings account | 2 8 5 6 | $3.90 |
| 3.4. | Key Bank | Savings account | 2 8 6 4 | $0.00 |
| 3.5. | Key Bank | Savings account | 2 8 4 9 | $0.50 |
| 3.6. | Chase Bank | Savings account | 2 9 7 3 | $25.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $42,917.68

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**7.**    **Deposits, including security deposits and utility deposits**

     Description, including name of holder of deposit

     7.1 _____    _____

     7.2 _____    _____

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1 _____    _____

     8.2 _____    _____

**9.**    **Total of Part 2**

     Add lines 7 through 8. Copy the total to line 81.      [_____]

---

**Part 3:**    Accounts receivable

**10.**    **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.

     ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.**    **Accounts receivable**

     11a. 90 days old or less:    **unknown**  –  **unknown**  =..... ➡    **unknown**

                   face amount      doubtful or uncollectible accounts

     11b. Over 90 days old:    _____  –  _____  =..... ➡    _____

                   face amount      doubtful or uncollectible accounts

**12.**    **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.      [_____]

---

**Part 4:**    Investments

**13.**    **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1 _____    _____    _____

     14.2 _____    _____    _____

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                     % of ownership:

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    _____

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|

19. **Raw materials**

    _____    MM / DD / YYYY    _____    _____    _____

20. **Work in progress**

    _____    MM / DD / YYYY    _____    _____    _____

21. **Finished goods, including goods held for resale**

    _____    MM / DD / YYYY    _____    _____    _____

22. **Other inventory or supplies**

    _____    MM / DD / YYYY    _____    _____    _____

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.    _____

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| wood chair | unknown | | $20.00 |
| 21 fall mats (16 in set) | unknown | | $21.00 |
| art cabinet | unknown | | $100.00 |
| art cabinet | unknown | | $50.00 |
| 30 child sleep mats | unknown | | $150.00 |
| 15 preK sleep mats | unknown | | $20.00 |
| 2 drawer filing cabinet | unknown | | $25.00 |
| 2 4 drawer filing cabinets | unknown | | $90.00 |
| 2 shelf book case | unknown | | $10.00 |
| marble top entry table | unknown | | $250.00 |
| wicker chair | unknown | | $30.00 |
| large slotted storage | unknown | | $100.00 |
| floor SFE | unknown | | $200.00 |
| small table 24-48 | unknown | | $10.00 |
| 2 child chairs round legs | unknown | | $40.00 |
| 4 child chair round legs | unknown | | $80.00 |
| rocking chair | unknown | | $200.00 |
| small table 24x36 | unknown | | $50.00 |
| sensory table | unknown | | $20.00 |
| 2 medium toy shelves 5 bay 36" | unknown | | $200.00 |
| chold cubbies kid's colors | unknown | | $300.00 |
| small toy shelf 2 shelf | unknown | | $250.00 |
| teacher chair 15.5 | unknown | | $20.00 |
| 2 child tables 24x48 | unknown | | $100.00 |
| sensory table | unknown | | $50.00 |
| child table | unknown | | $150.00 |
| 5 child chairs | unknown | | $100.00 |
| changing table | unknown | | $300.00 |
| 2 small trapezoid tables 30x60 | unknown | | $600.00 |
| wood farmland car table | unknown | | $25.00 |
| 3 large wood toy shelves | unknown | | $150.00 |
| small square table 30" | unknown | | $100.00 |

| | | |
|---|---|---|
| flex space lounge | unknown | $125.00 |
| 39x24 white table | unknown | $25.00 |
| 3 section folding storage | unknown | $500.00 |
| 2 magazine racks | unknown | $40.00 |
| tall toy closet | unknown | $100.00 |
| wood loft | unknown | $1,000.00 |
| 2 small wood chairs | unknown | $20.00 |
| 4 white bay storage | unknown | $15.00 |
| 16 bay white cubbie | unknown | $30.00 |
| large teacher storage | unknown | $250.00 |
| clue leather couch | unknown | $400.00 |
| 19 green child chairs | unknown | $190.00 |
| 2 bean bags (discount school) | unknown | $165.00 |
| 2 bean bags (big box) | unknown | $60.00 |
| 3 teacher chairs | unknown | $60.00 |
| large pillow (set of 4) | unknown | $200.00 |
| 3 round tables 45" | unknown | $375.00 |
| 8 color chairs lakeshore Z | unknown | $200.00 |
| 12x30 book shelf | unknown | $10.00 |
| 24x48 chunky table | unknown | $50.00 |
| 3 shelf divided storage | unknown | $300.00 |
| 2 shelf divided storage | unknown | $100.00 |
| 2 shelf storage jonti | unknown | $100.00 |
| folding 2 shelf storage | unknown | $500.00 |
| 22x48 table | unknown | $75.00 |
| 8 sleep mats | unknown | $160.00 |
| lego table | unknown | $10.00 |
| 4 wobbly chairs | unknown | $160.00 |
| steel blue book case | unknown | $300.00 |
| 100 child chairs | unknown | $1,000.00 |
| 5 old tables | unknown | $150.00 |
| 2 cubbies (child locker) | unknown | $400.00 |
| 4 large storage shelves | unknown | $400.00 |
| 16 bay birch cubbie | unknown | $30.00 |
| 2 wood desk | unknown | unknown |

| | | |
|---|---|---|
| student desk IKEA | unknown | unknown |
| 2 Office chairs | unknown | $30.00 |
| Medium supply shelf kallax | unknown | $20.00 |
| 2 teacher lockers | unknown | $300.00 |
| teacher locker | unknown | $150.00 |
| 3 color chairs lakeshore Z | unknown | $75.00 |
| 21 child chairs | unknown | $420.00 |
| 8 large toy shelf jonti craft 2 shelf | unknown | $1,600.00 |
| 2 shelf divided storage | unknown | $100.00 |
| large art shelf | unknown | $250.00 |
| 4 wobbly chairs | unknown | $160.00 |
| play table | unknown | $100.00 |
| 20 sleep mats | unknown | $400.00 |
| 48" round table | unknown | $100.00 |
| 2 half round tables | unknown | $200.00 |
| 4 child cubbies | unknown | $2,000.00 |
| jonit craft 20 cubbie tray triple fold | unknown | $500.00 |
| sensory table | unknown | $20.00 |
| play table | unknown | $100.00 |
| 3 2shelf 3 compartment storage wall mount | unknown | $450.00 |
| 4 heavy duty divided storage | unknown | $600.00 |
| 4 wobbly stools | unknown | $160.00 |
| 2 color chairs lakeshore Z | unknown | $50.00 |
| small table 24-48 | unknown | $40.00 |
| 20 child chairs | unknown | $400.00 |
| 20 sleep mats | unknown | $400.00 |
| Blue moon shaped table | unknown | $150.00 |
| 48" round table | unknown | $100.00 |
| 4 cubbies | unknown | $40.00 |
| 3 2 door wall cabinets | unknown | $600.00 |
| Child chairs | unknown | $280.00 |
| round table 48" | unknown | $100.00 |
| 14 child chairs | unknown | $280.00 |
| half circle table | unknown | $100.00 |
| 2 teacher chairs | unknown | $40.00 |

| | | |
|---|---|---|
| small square table | unknown | $5.00 |
| 2 shlef storage jonti | unknown | $100.00 |
| 2 2shelf 3 compartment storage florr | unknown | $300.00 |
| 5 bay 36" shelf | unknown | $50.00 |
| 9 bay divided storage | unknown | $150.00 |
| 3 2 shelf 3 compartment storage wall mount | unknown | $450.00 |
| childcraft loft | unknown | $500.00 |
| mobile activity cart 3 shelf | unknown | $200.00 |
| magazine rack | unknown | $30.00 |
| 11 sleep mats | unknown | $110.00 |
| 2 bay divided shelf | unknown | $100.00 |
| small paly table | unknown | $50.00 |
| 4 cribs | unknown | $1,200.00 |
| 4 high chairs | unknown | $80.00 |
| small toy shelf (2 shelves) infant | unknown | $150.00 |
| 2 shelf 3 compartment storage floor | unknown | $150.00 |
| Diaper storage | unknown | $100.00 |
| rocking chair | unknown | $200.00 |
| 4 seat stoller | unknown | $25.00 |
| rocking chair | unknown | $50.00 |
| changing table | unknown | $150.00 |
| 4 cribs | unknown | $450.00 |
| 48" round table | unknown | $50.00 |
| 4 drawer letter file | unknown | $45.00 |
| 4 drawer legal file | unknown | $45.00 |
| soccer net | unknown | $30.00 |
| 2 bar chairs | unknown | $40.00 |
| 8 child chairs | unknown | $80.00 |
| 2 shelf storage | unknown | $50.00 |
| 8 bay diaper rack | unknown | $100.00 |
| 2 shelf storage | unknown | $10.00 |
| wall mount cubbie | unknown | $5.00 |
| 6 bay diaper storage | unknown | $100.00 |
| 3 5 bay cubbies | unknown | $300.00 |
| art case | unknown | $25.00 |

| | | |
|---|---|---|
| child cubbies kid's colors | unknown | $300.00 |
| small toy shelf 2 shelf (mirror) | unknown | $250.00 |
| 3 shelf storage | unknown | $250.00 |
| 16 slot storage | unknown | $20.00 |
| 1/2 moon table | unknown | $150.00 |
| 24x48 table adjustable | unknown | $30.00 |
| 30x48 table adjustable | unknown | $100.00 |
| 30x60 table adjustable | unknown | $100.00 |
| 24x48 table wood | unknown | $100.00 |
| 30" square table | unknown | $50.00 |
| 4 cubbie | unknown | $1,000.00 |
| 14 child chairs | unknown | $280.00 |
| magazine rack | unknown | $30.00 |
| 2 teacher chairs | unknown | $40.00 |
| sensory bin | unknown | $25.00 |
| 4 large toy shelf (2shelves) | unknown | $600.00 |
| 3 medium toy shelf (2 shelves) | unknown | $300.00 |
| 9 bay divided storage | unknown | $150.00 |
| small toy shelf (2 shelves) infant | unknown | $150.00 |
| 30" writing table w/chair Melissa & Doug | unknown | $40.00 |
| 14 sleep mats | unknown | $140.00 |
| small pay table w/chair | unknown | $50.00 |
| standard 4 drawer filing cabinet | unknown | $45.00 |
| office chair | unknown | $50.00 |
| 2 filing cabinets 4 drawer | unknown | $90.00 |
| filing cabinet legal 4 drawer | unknown | $45.00 |
| office cabinet | unknown | $30.00 |
| 48" round table adjustable | unknown | $50.00 |
| office desk 5 drawer | unknown | $15.00 |
| small curio stand | unknown | $25.00 |
| book case | unknown | $50.00 |
| wooden chair | unknown | $10.00 |
| side chair | unknown | $15.00 |
| student desk | unknown | $50.00 |
| drawer storage 3 drawer | unknown | $50.00 |

| | | |
|---|---|---|
| drawer filing cabinet 2 drawer | unknown | $25.00 |
| art case 7 drawers | unknown | $50.00 |
| 3 teacher lockers | unknown | $450.00 |
| file cabinet 5 drawer | unknown | $45.00 |
| office desk 5 drawer | unknown | $15.00 |
| 2 executive chairs | unknown | $30.00 |
| lateral file 2 drawer | unknown | $135.00 |
| vertical storage 3 drawer | unknown | $45.00 |
| side chair | unknown | $10.00 |
| Blue moon shaped table | unknown | $150.00 |
| cjild's couch | unknown | $10.00 |
| child's stuffed chair | unknown | $20.00 |
| 21 child chairs | unknown | $210.00 |
| 3 cubbies (child locker) | unknown | $300.00 |
| cubbies (child locker) | unknown | $150.00 |
| large art shelf | unknown | $250.00 |
| 48" round table | unknown | $50.00 |
| large folding toy shelf | unknown | $500.00 |
| medium toy shelf | unknown | $300.00 |
| purple table 24x48 | unknown | $75.00 |
| sensory storage | unknown | $100.00 |
| small blue 30" square table | unknown | $50.00 |
| small toy shelf | unknown | $40.00 |
| small unit table | unknown | $50.00 |
| 2x4 chunky table | unknown | $30.00 |
| 2 teacher chairs | unknown | $40.00 |
| wood lof | unknown | $1,000.00 |
| wood table with drawer | unknown | $10.00 |
| lakeshore roll around cart | unknown | $500.00 |
| blue moon shaped table | unknown | $150.00 |
| book shelf 30" 2 shelf | unknown | $10.00 |
| 20 child chairs lifetime | unknown | $200.00 |
| 4 cubbies | unknown | $400.00 |
| cubbie w/ cabinet | unknown | $500.00 |
| lego table | unknown | $100.00 |

| | | |
|---|---|---|
| small blue table 24x30 | unknown | $100.00 |
| teacher chair | unknown | $20.00 |
| wood loft | unknown | $1,000.00 |
| sensory table | unknown | $5.00 |
| 18x28 table | unknown | $15.00 |
| 48" table | unknown | $125.00 |
| side chair | unknown | $15.00 |
| 15 sleep mats | unknown | $300.00 |
| 4 floor chairs | unknown | $140.00 |
| small child table with chair | unknown | $10.00 |
| 5 bat 36" shelf | unknown | $50.00 |
| kid's colors diaper storage | unknown | $100.00 |
| 2 step up 1 grop | unknown | $120.00 |
| step up 3 grip | unknown | $60.00 |
| 2 large toy shelf jonti craft 2 shelf | unknown | $400.00 |
| 2 large toy shelf with mirror | unknown | $300.00 |
| small book rack | unknown | $100.00 |
| small toy shelf 5 bay | unknown | $400.00 |
| small long table 30x60 kids color | unknown | $150.00 |
| teacher chair 15.5 | unknown | $20.00 |
| 6 child chairs 9 1/2" metal frame | unknown | $90.00 |
| 2 child cubbies 3bay | unknown | $100.00 |
| child cubbie 4 bay | unknown | $60.00 |
| 3 stair step stool | unknown | $300.00 |
| changing table | unknown | $150.00 |
| 8 cribs | unknown | $2,400.00 |
| 4 high chairs | unknown | $20.00 |
| 2 small toy shelves | unknown | $300.00 |
| teacher chair 15.5 | unknown | $20.00 |
| 2 medium toy shelves | unknown | $400.00 |
| **40.  Office fixtures** | | |
| 4 child cubbies | unknown | $2,000.00 |
| teacher storage | unknown | $250.00 |
| 1 large light fixture | unknown | unknown |
| mini fridge | unknown | $100.00 |

| | | |
|---|---|---|
| Shed | unknown | $200.00 |
| small space heater | unknown | $10.00 |

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | |
|---|---|---|
| small safe | unknown | $250.00 |
| large book binder | unknown | $97.00 |
| 2 small book binders | unknown | $83.50 |
| HP laserjet M1217 printer | unknown | $200.00 |
| cannon imageclass printer | unknown | $100.00 |
| storage shed | unknown | $100.00 |
| fridge with freezer | unknown | $200.00 |
| commercial refrigarator | unknown | $500.00 |
| freezer | unknown | $200.00 |
| 3 cuft chest freezer | unknown | $200.00 |
| hmilton beach blender 10 speed | unknown | $10.00 |
| ice machine | unknown | $25.00 |
| food cart | unknown | $75.00 |
| toaster | unknown | $10.00 |
| dish washer | unknown | $50.00 |
| oven | unknown | $150.00 |
| washer | unknown | $200.00 |
| dryer | unknown | $200.00 |
| mircowave | unknown | $25.00 |
| soup warmer | unknown | $30.00 |
| baker's shelf | unknown | $50.00 |
| crock pot | unknown | $25.00 |
| safe | unknown | $250.00 |
| 2 paper shredders | unknown | $100.00 |
| 2 mini fridges | unknown | $200.00 |
| commercial freezer | unknown | $500.00 |
| commercial refrigarator | unknown | $500.00 |
| soup warmer | unknown | $30.00 |
| convection oven | unknown | $200.00 |
| dish washer | unknown | $50.00 |
| food cart | unknown | $75.00 |
| washer | unknown | $200.00 |

| | | |
|---|---|---|
| dryer | unknown | $200.00 |
| mini fridge | unknown | $100.00 |
| mircowave | unknown | $25.00 |
| refrigarator freezer | unknown | $30.00 |
| Hutch | unknown | $25.00 |
| ice machine | unknown | $25.00 |
| mircowave | unknown | $25.00 |
| copier (leased) | unknown | unknown |
| 2 HP 8035 printer | unknown | $20.00 |
| library cart | unknown | $25.00 |
| paper shredder | unknown | $50.00 |
| leased copier | unknown | unknown |
| mini fridge | unknown | $100.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $53,126.50 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 **15 passanger van** | unknown | | $30,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____     _____   _____   _____

    48.2 _____     _____   _____   _____

49. **Aircraft and accessories**

    49.1 _____     _____   _____   _____

    49.2 _____     _____   _____   _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____     _____   _____   _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                          | $30,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      | _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ _____ – _____ = ➡ _____
                    Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

73. **Interests in insurance policies or annuities**

_____                             _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                             _____

**Nature of claim**      _____

**Amount requested**     _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                             _____

**Nature of claim**      _____

**Amount requested**     _____

76. **Trusts, equitable or future interests in property**

_____                             _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                             _____

_____                             _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.     _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $42,917.68 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | unknown | |
| 83. **Investments.** Copy line 17, Part 4. | | |
| 84. **Inventory.** Copy line 23, Part 5. | | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $53,126.50 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $30,000.00 | |
| 88. **Real property.** Copy line 56, Part 9 ................................................ ➜ | | _____ |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | | |
| 90. **All other assets.** Copy line 78, Part 11. | **+** _____ | |
| 91. **Total.** Add lines 80 through 90 for each column...........................91a. | $126,044.18 | **+** 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................... | | $126,044.18 |

Case 23-12435-TWD    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:47:44    Pg. 21 of 61

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1 Creditor's name**<br>Harborstone Credit Union | **Describe debtor's property that is subject to a lien**<br>15 passenger van | $17,212.70 | $30,000.00 |

**Creditor's mailing address**
P. O. Box 4207

Janet Quanda Accts Contrl

McChord AFB, WA 98438-0000

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                                    $167,212.70

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2** **Creditor's name**

IRS Centralized Insolvency

**Creditor's mailing address**

P.O. Box 7346

Philadelphia, PA 19101-7346

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1 large light fixture , 1/2 moon table, 100 child chairs , 11 sleep mats, 12x30 book shelf, 14 child chairs , 14 child chairs , 14 sleep mats , 15 preK sleep mats , 15 sleep mats, 16 bay birch cubbie, 16 bay white cubbie, 16 slot storage , 18x28 table , 19 green child chairs , 2 2shelf 3 compartment storage florr, 2 4 drawer filing cabinets, 2 bar chairs, 2 bay divided shelf, 2 bean bags (big box), 2 bean bags (discount school), 2 child chairs round legs, 2 child cubbies 3bay, 2 child tables 24x48, 2 color chairs lakeshore Z, 2 cubbies (child locker), 2 drawer filing cabinet , 2 executive chairs , 2 filing cabinets 4 drawer , 2 half round tables , 2 HP 8035 printer , 2 large toy shelf jonti craft 2 shelf , 2 large toy shelf with mirror, 2 magazine racks, 2 medium toy shelves , 2 medium toy shelves 5 bay 36", 2 mini fridges, 2 Office chairs, 2 paper shredders, 2 shelf 3 compartment storage floor , 2 shelf book case , 2 shelf divided storage , 2 shelf divided storage , 2 shelf storage , 2 shelf storage , 2 shelf storage jonti, 2 shlef storage jonti, 2 small book binders, 2 small toy shelves, 2 small trapezoid tables 30x60, 2 small wood chairs, 2 step up 1 grop, 2 teacher chairs , 2 teacher chairs , 2 teacher chairs , 2 teacher lockers, 20 child chairs, 20 child chairs lifetime, 20 sleep mats, 20 sleep mats , 21 child chairs, 21 child chairs, 21 fall mats (16 in set), 22x48 table , 24x48 chunky table , 24x48 table adjustable , 24x48 table wood, 3 2 door wall cabinets, 2x4 chunky table , 3 2 shelf 3 compartment storage wall mount , 3 2shelf 3 compartment storage wall mount, 3 5 bay cubbies, 3 color chairs lakeshore Z, 3 cubbies (child locker), 3 cuft chest freezer , 3 large wood toy shelves , 3 medium toy shelf (2 shelves), 3 round tables 45", 3 section folding storage , 3 shelf divided storage , 3 shelf storage , 3 stair step stool, 3 teacher chairs , 3 teacher lockers , 30 child sleep mats, 30" square table , 30" writing table w/chair Melissa & Doug, 30x48 table adjustable, 30x60 table adjustable , 39x24 white table , 4 child chair round legs , 4 child cubbies , 4 child cubbies , 4 cribs, 4 cribs, 4 cubbie, 4 cubbies , 4 cubbies , 4 drawer legal file, 4 drawer letter file , 4 floor chairs, 4 heavy duty divided storage , 4 high chairs, 4 high chairs, 4 large storage shelves , 4 large toy shelf (2shelves), 4 seat stoller , 4 white bay storage , 4 wobbly chairs , 4 wobbly chairs , 4 wobbly stools, 48" round table , 48" round table , 48" round table , 48" round table , 48" round table adjustable, 48" table , 5 bat 36" shelf , 5 bay 36" shelf, 5 child chairs , 5 old tables, 6 bay diaper storage , 6 child chairs 09/1, 6 metal frame 24 bay diaper racks, 8 child

| $150,000.00 | $96,044.18 |

chairs, 8 color chairs lakeshore Z, 8 cribs, 8 large toy shelf jonti craft 2 shelf , 8 sleep mats, 9 bay divided storage , 9 bay divided storage , art cabinet, art cabinet, art case , art case 7 drawers, baker's shelf , Blue moon shaped table, Blue moon shaped table, blue moon shaped table , book case, book shelf 30" 2 shelf , cannon imageclass printer , changing table , changing table , Chase Bank, Chase Bank, changing table , Child chairs, child cubbie 4 bay, child cubbies kid's colors, child table, childcraft loft , child's stuffed chair, chold cubbies kid's colors, cjild's couch , clue leather couch , commercial freezer, commercial refrigarator, commercial refrigarator, convection oven , crock pot, cubbie w/ cabinet , cubbies (child locker), Diaper storage , dish washer , dish washer , drawer filing cabinet 2 drawer, drawer storage 3 drawer, dryer , dryer , file cabinet 5 drawer, filing cabinet legal 4 drawer, flex space lounge , floor SFE, folding 2 shelf storage, food cart, food cart, freezer , fridge with freezer , half circle table , hmilton beach blender 10 speed, HP laserjet M1217 printer , Hutch, ice machine, ice machine, jonit craft 20 cubbie tray triple fold , Key Bank , Key Bank , Key Bank , kid's colors diaper storage , Key Bank, lakeshore roll around cart , large art shelf, large art shelf , large book binder , large folding toy shelf , large pillow (set of 4), large slotted storage , large teacher storage , lateral file 2 drawer, lego table , lego table , library cart, magazine rack, magazine rack, marble top entry table , Medium supply shelf kallax, medium toy shelf , mini fridge, mini fridge, mini fridge, mircowave, mircowave, mircowave, mobile activity cart 3 shelf , office cabinet, office chair , office desk 5 drawer, office desk 5 drawer, oven, paper shredder , play table , play table , purple table 24x48, refrigarator freezer , rocking chair , rocking chair, rocking chair , round table 48", safe, sensory bin, sensory storage , sensory table , sensory table, sensory table, sensory table, Shed, side chair, side chair, side chair, small blue 30" square table , small blue table 24x30, small book rack, small child table with chair , small curio stand , small long table 30x60 kids color, small paly table, small pay table w/chair, small safe, small square table , small space heater , small square table 30", small table 24-48, small table 24-48, small table 24x36, small toy shelf , small toy shelf (2 shelves) infant , small toy shelf (2 shelves) infant , small toy shelf 2 shelf , small toy shelf 2 shelf (mirror), small toy shelf 5 bay, small unit table , soccer net, soup warmer , soup warmer , standard 4 drawer filing cabinet, steel blue book case , step up 3 grip , storage shed, student desk, student desk IKEA, tall toy closet, teacher chair, teacher chair 15.5, teacher chair 15.5, teacher chair 15.5, teacher locker , teacher storage , toaster, vertical storage 3 drawer, wall mount cubbie, washer , washer , wicker chair , wood chair , wood farmland car table , leased copier, wood lof , wood loft, wood loft, wood table with drawer, wooden chair

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| United States Attorney's Office<br>Attn: Bankruptcy Assistant<br>700 Stewart St., Room 5220<br>Seattle, WA 98101 | Line 2. _2_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name      Enchanted Little Forest Childcare Center, LLC

United States Bankruptcy Court for the:

     Western District of Washington

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

     ☐ No. Go to Part 2.

     ☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,371.00 | $17,371.00

     IRS Centralized Insolvency

     P.O. Box 7346

     Philadelphia, PA 19101-7346

Date or dates debt was incurred

_____

Last 4 digits of account number   8   8   1   5

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

     payroll taxes

**Is the claim subject to offset?**

☑ No
☐ Yes

**2.2** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

     State of WA L&I

     P.O. Box 44450

     Olympia, WA 98504-4450

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

     Notice Only

**Is the claim subject to offset?**

☑ No
☐ Yes

## Part 1:  Additional Page

| 2.3 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown |

**State of Washington DOR**

**2101 4th Ave., STE 1400**

**Seattle, WA 98121-2300**

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) __(8)__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.4 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00 |

**WA Employment Security Dept**

**PO Box 34949**

**Seattle, WA 98124-1949**

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) __(8)__

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
  **Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 23-12435-TWD    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:47:44    Pg. 30 of 61

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**CFG Merchant Solutions**

**180 Maiden Ln Suite 1502**

**New York, NY 10038**

Date or dates debt was incurred    07/17/2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: MCA Loan

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$15,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Everest Business Funding**

**8200 NW 52nd Terrace 2nd floor**

**Miami, FL 33166**

Date or dates debt was incurred    06/20/2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: MCA Loan

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$20,000.00**

---

**3.3** Nonpriority creditor's name and mailing address

**G & G Funding**

**57 W 57th St Floor 4**

**New York, NY 10019**

Date or dates debt was incurred    04/27/2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: MCA Loan

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$79,222.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Headway Capital**

**175 W. Jackson Blvd. Suite 1000**

**Chicago, IL 60604-0000**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Line of Credit

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$40,110.59**

Case 23-12435-TWD    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:47:44    Pg. 31 of 61

## Part 2: Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $61,000.00 |
|---|---|---|---|

**3.5** Nonpriority creditor's name and mailing address

**IOU Financial Inc**

**600 TownPark Lane Suite 100**

**Kennesaw, GA 30144**

Date or dates debt was incurred    09/23/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   MCA Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$61,000.00

---

**3.6** Nonpriority creditor's name and mailing address

**Mark Doremus**

**8607 Cascadia Ave.**

**Everett, WA 98208**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   Personal Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$45,000.00

---

**3.7** Nonpriority creditor's name and mailing address

**Seamless Capital Group LLC**

**4407 Bee Caves Rd. Suite 421**

**Austin, TX 78746**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   MCA Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$15,000.00

---

**3.8** Nonpriority creditor's name and mailing address

**Smart Business Funding**

**601 Ocean Parkway Suite 8E**

**Brooklyn, NY 11218**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   MCA Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,852.00

Case 23-12435-TWD    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:47:44    Pg. 32 of 61

## Part 2: Additional Page

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $72,000.00
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**

YJ Pioneer LLC

7207 Evergreen Way Suite H

Everett, WA 98203

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease arrearage - Lease is cancelled space is re let

**Is the claim subject to offset?**
☑ No
☐ Yes

$72,000.00

<table>
<tr><td colspan="3">**Part 3:**   List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4.**   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **Attorney General for the State of Washington** <br> **Bankruptcy and Collections Unit** <br> **800 5th Ave Fl 20** <br> **Seattle, WA 98104-3176** | Line __2.3__ <br><br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |

Case 23-12435-TWD    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:47:44    Pg. 34 of 61

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$17,371.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$359,184.59** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$376,555.59** |

Fill in this information to identify the case:

Debtor name     Enchanted Little Forest Childcare Center, LLC

United States Bankruptcy Court for the:

     Western District of Washington

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest<br><br>Building<br>Contract to be ASSUMED<br><br>State the term remaining    0 months<br><br>List the contract number of any government contract | Skotdal Holdings, LLC<br>PO Box Box 5267<br>Everett, WA 98206 |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest<br><br>Building has be re leased to a new leasor.<br>Contract to be REJECTED<br><br>State the term remaining    0 months<br><br>List the contract number of any government contract | YJ Pioneer LLC<br>7207 Evergreen Way Suite H<br>Everett, WA 98203 |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**Enchanted Little Forest Childcare Center, LLC**__

United States Bankruptcy Court for the: __**Western**__ District of __**Washington**__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, **Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** Kay Doremus | 8607 Cascadia Ave.<br>Street<br><br>Everett, WA 98208<br>City　　State　　ZIP Code | Everest Business Funding | ☐ D<br>☑ E/F<br>☐ G |
| | | CFG Merchant Solutions | ☐ D<br>☑ E/F<br>☐ G |
| | | IOU Financial Inc | ☐ D<br>☑ E/F<br>☐ G |
| | | G & G Funding | ☐ D<br>☑ E/F<br>☐ G |
| | | Smart Business Funding | ☐ D<br>☑ E/F<br>☐ G |
| | | Headway Capital | ☐ D<br>☑ E/F<br>☐ G |
| | | YJ Pioneer LLC | ☐ D<br>☑ E/F<br>☐ G |
| **2.2** | Street<br><br>City　　State　　ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

████  Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | _____ | Street _____<br><br>_____<br><br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br><br>_____<br><br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | _____ | Street _____<br><br>_____<br><br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | Street _____<br><br>_____<br><br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name      Enchanted Little Forest Childcare Center, LLC

United States Bankruptcy Court for the:

     Western District of Washington

Case number (if known): _____ Chapter \_\_\_11\_\_\_

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*...................................................................................

$0.00

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*...............................................................................

$126,044.18

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*.................................................................................

$126,044.18

| **Part 2:** | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

$167,212.70

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................

$17,371.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

+    $359,184.59

4. **Total liabilities**...........................................................................................................

$543,768.29

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ Enchanted Little Forest Childcare Center, LLC _____

United States Bankruptcy Court for the:
_____ Western District of Washington _____

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,338,730.00 |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $772,652.00 |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,526,226.74 |

2.   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Case 23-12435-TWD    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:47:44    Pg. 40 of 61

| Debtor | Enchanted Little Forest Childcare Center, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** Smart Business Funding<br>Creditor's name<br><br>20515 NE 22nd Ave<br>Street<br><br><br>Miami, FL 33180<br>City          State     ZIP Code | 09/08/2023<br><br>09/11/2023<br><br>09/12/2023<br><br>09/13/2023<br><br>9/14/2023<br><br>09/25/2023<br><br>09/26/2023<br><br>9/27/2023<br><br>9/28/2023<br><br>9/29/2023<br><br>10/02/2023<br><br>10/04/2023<br><br>10/06/2022<br><br>10/13/2023 | $7,806.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other MCA Loan |
| **3.2.** G & G Funding<br>Creditor's name<br><br>57 W 57th St Floor 4<br>Street<br><br><br>New York, NY 10019<br>City          State     ZIP Code | 9/08/2023<br><br>09/11/2023<br><br>09/12/2023<br><br>09/13/2023<br><br>09/14/2023<br><br>09/25/2023<br><br>09/27/2023<br><br>10/02/2023<br><br>10/04/2023 | $11,468.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other MCA Loan |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Kay Doremus | 12/07/2023 | $85,280.26 | Debtor's Managing Member's Salary - She is actively involved in running the day care |
| Creditor's name | | | |
| 8607 Cascadia Ave. | 11/22/2023 | | |
| Street | | | |
| | 11/07/2023 | | |
| | | | |
| Everett, WA 98208 | 10/23/2023 | | |
| City            State     ZIP Code | | | |
| **Relationship to debtor** | 10/06/2023 | | |
| Managing Member | 09/22/2023 | | |
| | 09/07/2023 | | |
| | 08/22/2023 | | |
| | 08/07/2023 | | |
| | 07/21/2023 | | |
| | 07/07/2023 | | |
| | 06/22/2023 | | |
| | 06/07/2023 | | |
| | 05/22/2023 | | |
| | 05/08/2023 | | |
| | 04/21/2023 | | |
| | 05/08/2023 | | |
| | 04/21/2023 | | |
| | 04/07/2023 | | |
| | 03/22/2023 | | |
| | 03/07/2023 | | |
| | 02/22/2023 | | |
| | 02/07/2023 | | |
| | 01/23/2023 | | |
| | 01/06/2023 | | |
| | 12/22/2022 | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____ | _____ | _____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | XXXX– __ __ __ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____<br><br>**Case number**<br><br>_____ | _____ | _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | Enchanted Little Forest Childcare Center, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City        State        ZIP Code | **Case number** | Street |
| | | |
| | **Date of order or assignment** | City        State        ZIP Code |

---

<table>
<tr><td style="background:black;color:white">Part 4:</td><td>Certain Gifts and Charitable Contributions</td></tr>
</table>

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

<table>
<tr><td style="background:black;color:white">Part 5:</td><td>Certain Losses</td></tr>
</table>

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

<table>
<tr><td style="background:black;color:white">Part 6:</td><td>Certain Payments or Transfers</td></tr>
</table>

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Curtis, Casteel & Palmer, PLLC. | Attorney's Fee | 10/12/2023 | $5,000.00 |
| | **Address** | | | |
| | 3400 188th St. SW, STE 565 Street | | | |
| | | | | |
| | Lynnwood, WA 98037 City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | spalmer@curtislaw-pllc.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Steven M Palmer | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Curtis, Casteel & Palmer, PLLC. | Filing fee and remainder still in CCP trust account = $3262.00 - Because the work on this case was mostly done after counsel's move to the new firm, it will be requested to be paid to Palmer & Associates, PLLC. | 10/30/2023 | $5,000.00 |
| | **Address** | | | |
| | 3400 188th St. SW, STE 565 Street | | | |
| | | | | |
| | Lynnwood, WA 98037 City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | spalmer@curtislaw-pllc.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Steven M Palmer | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

Case 23-12435-TWD    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:47:44    Pg. 45 of 61

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Carmax Auto Finance | 2017 Ford Transit Van $32,000 - loan amount of $14,000.00 = Enchanted Little Forest received the $18,000.00 spent on payroll and MCA loans | 09/2023 | $18,000.00 |
| | **Address** | | | |
| | 12800 Tuckahoe Creek Pkwy<br>Street | | | |
| | Henrico, VA 23238-0000<br>City      State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Dealer | | | |

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1.  2720 West Marine View Dr.<br>Street<br><br>Everett, WA 98201<br>City      State      ZIP Code | From  2005      To  2021 |
| 14.1.  7207 Evergreen Way STE Y<br>Street<br><br>Everett, WA 98203<br>City      State      ZIP Code | From  2007      To  11/30/2023 |

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Debtor | Enchanted Little Forest Childcare Center, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | _____<br>_____ | _____ |
| | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>_____ | *Check all that apply:*<br>❑ Electronically<br>❑ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ❑ No

        ❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❑ Yes. Does the debtor serve as plan administrator?

        ❑ No. Go to Part 10.

        ❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

        Has the plan been terminated?

        ❑ No

        ❑ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | XXXX– _ _ _ _ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | **Address** | | |
| City          State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| SecureSpace Self Storage Everett | Kay Doremus | Furniture and toys listed on | ☐ No |
| Name | | schedule B | ☑ Yes |
| 8407 Broadway | | | |
| Street | | | |
| Everett, WA 98208 | **Address** | | |
| City          State    ZIP Code | 8607 Cascadia Ave. | | |
| | Everett, WA 98208 | | |

| 20.2 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| ABC Self Storage | Kay Doremus | Kids toys and Furniture listed in | ☑ No |
| Name | | schedule B | ☐ Yes |
| 511 Pine Ave. | | | |
| Street | | | |
| 98209 | **Address** | | |
| City          State    ZIP Code | 8607 Cascadia Ave. | | |
| | Everett, WA 98208 | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

| Debtor | Enchanted Little Forest Childcare Center, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | _____ | |

Case 23-12435-TWD    Doc 1    Filed 12/15/23    Ent. 12/15/23 19:47:44    Pg. 49 of 61

| Debtor | Enchanted Little Forest Childcare Center, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Jones Taxes & Financial Services<br>Name<br><br>44 Crestpoint Dr.<br>Street<br><br>New Castle, DE 19720<br>City                    State          ZIP Code | From 07/01/2022   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Jones Taxes & Financial Service<br>Name<br><br>44 Crestpoint Dr.<br>Street<br><br>New Castle, DE 19720<br>City                    State          ZIP Code | From 07/01/2022   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br>Jones Taxes & Financial Services<br>Name<br><br>44 Crestpoint Dr.<br>Street<br><br>New Castle, DE 19720<br>City                    State          ZIP Code | _____<br>_____<br>_____ |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
| --- |

26d.1.

_____
Name

_____
Street

_____

_____
City                   State           ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

_____
Name

_____
Street

_____

_____
City                   State           ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Kay Doremus | 8607 Cascadia Ave, Everett, WA 98208 | managing member, | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| _____ | _____ | _____ | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Kay Doremus | | | Managing Member's Salary |
| Name | | | |
| 8607 Cascadia Ave. | | | |
| Street | | | |
| Everett, WA 98208 | | | |
| City      State    ZIP Code | | | |

| Relationship to debtor |
|---|
| Managing Member |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/15/2023
         MM/ DD/ YYYY

**X** /s/ Kay Doramus,          Printed name       Kay Doramus,
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor     Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name     Enchanted Little Forest Childcare Center, LLC

United States Bankruptcy Court for the:

    Western District of Washington

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CFG Merchant Solutions 180 Maiden Ln Suite 1502 New York, NY 10038 | (646) 880-3822 | MCA Loan | | | | $15,000.00 |
| 2 | Everest Business Funding 8200 NW 52nd Terrace 2nd floor Miami, FL 33166 | (877) 274-2350 | MCA Loan | Disputed | | | $20,000.00 |
| 3 | G & G Funding 57 W 57th St Floor 4 New York, NY 10019 | (718) 701-1797 | MCA Loan | Disputed | | | $79,222.00 |
| 4 | Headway Capital 175 W. Jackson Blvd. Suite 1000 Chicago, IL 60604-0000 | (866) 698-8494 | Line of Credit | | | | $40,110.59 |
| 5 | IOU Financial Inc 600 TownPark Lane Suite 100 Kennesaw, GA 30144 | (713) 396-5263 | MCA Loan | | | | $61,000.00 |
| 6 | IRS Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | $150,000.00 | $96,044.18 | $53,955.82 |
| 7 | IRS Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346 | | payroll taxes | | | | $17,371.00 |
| 8 | Seamless Capital Group LLC 4407 Bee Caves Rd. Suite 421 Austin, TX 78746 | (917) 574-1081 | MCA Loan | | | | $15,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Smart Business Funding 601 Ocean Parkway Suite 8E Brooklyn, NY 11218 | (866) 737-6278 | MCA Loan | | | | $11,852.00 |
| 10  YJ Pioneer LLC 7207 Evergreen Way Suite H Everett, WA 98203 | | Lease arrearage - Lease is cancelled space is re let | | | | $72,000.00 |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

# United States Bankruptcy Court
## Western District of Washington

**In re**     Enchanted Little Forest Childcare Center, LLC

Case No. _____

**Debtor**

Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................................     $5,000.00

Prior to the filing of this statement I have received ................................................................................     $5,000.00

Balance Due ................................................................................................................................................     $0.00

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 12/15/2023 | /s/ Steven Palmer |
|---|---|
| Date | Steven Palmer |
| | *Signature of Attorney* |

Bar Number: 48823
Palmer & Associates, PLLC
Palmer & Associates, PLLC
6912 220th St. SW Suite 113
Mountlake Terrace, WA 98043
Phone: (425) 292-8009

Palmer & Associates, PLLC
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

IN RE: **Enchanted Little Forest Childcare**
       **Center, LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____12/15/2023____     Signature _____/s/ Kay Doramus,_____

                                           Kay Doramus, , Managing Member

Attorney General for the State
of Washington
Bankruptcy and Collections Unit
800 5th Ave Fl 20
Seattle, WA 98104-3176

CFG Merchant Solutions
180 Maiden Ln Suite 1502
New York, NY 10038

Everest Business Funding
8200 NW 52nd Terrace 2nd floor
Miami, FL 33166

G & G Funding
57 W 57th St Floor 4
New York, NY 10019

Harborstone Credit Union
P. O. Box 4207
Janet Quanda Accts Contrl
McChord AFB, WA 98438-0000

Headway Capital
175 W. Jackson Blvd. Suite 1000
Chicago, IL 60604-0000

IOU Financial Inc
600 TownPark Lane Suite 100
Kennesaw, GA 30144

IRS Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Kay Doremus
8607 Cascadia Ave.
Everett, WA 98208


Mark Doremus
8607 Cascadia Ave.
Everett, WA 98208


Seamless Capital Group LLC
4407 Bee Caves Rd. Suite 421
Austin, TX 78746


Skotdal Holdings, LLC
PO Box Box 5267
Everett, WA 98206


Smart Business Funding
601 Ocean Parkway Suite 8E
Brooklyn, NY 11218


State of WA L&I
P.O. Box 44450
Olympia, WA 98504-4450


State of Washington DOR
2101 4th Ave., STE 1400
Seattle, WA 98121-2300


United States Attorney's
Office
Attn: Bankruptcy Assistant
700 Stewart St., Room 5220
Seattle, WA 98101

WA Employment Security
Dept
PO Box 34949
Seattle, WA 98124-1949


YJ Pioneer LLC
7207 Evergreen Way Suite H
Everett, WA 98203

**United States Bankruptcy Court**
**Western District of Washington**

In re   **Enchanted Little Forest Childcare Center, LLC**                        Case No. _____

                                                              Debtor(s)         Chapter            **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Enchanted Little Forest Childcare Center, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

---

☑ None [*Check if applicable*]

| 12/15/2023 | /s/ Steven Palmer |
|------------|-------------------|
| Date       | **Steven Palmer** |

**Steven Palmer**
Signature of Attorney or Litigant
Counsel for **Enchanted Little Forest Childcare Center, LLC**
**Bar Number: 48823**
**Palmer & Associates, PLLC**
**Palmer & Associates, PLLC**
**6912 220th St. SW Suite 113**
**Mountlake Terrace, WA 98043**
**Phone: (425) 292-8009**
**Email: spalmer@sound-law.com**